1  Christopher R. LeClerc, Esq. (SB# 233479)
   **LE CLERC & LE CLERC LLP**
2  235 Montgomery Street, Suite 1019
   San Francisco, CA 94104
3  Telephone: (415) 445-0900
4  Fax: (415) 445-9977
   Email: chris@leclerclaw.com
5
6  Attorneys for Plaintiff,
   TAMMY MATTHEWS
7
   **MCGUIREWOODS LLP**
8  John A. Van Hook (SBN 205067)
   jvanhook@mcguirewoods.com
9  1800 Century Park East, 8th Floor
   Los Angeles, CA  90067-1501
10 Telephone: 310.315.8200
11 Facsimile: 310.315.8210

12 Attorneys for Defendant,
   ADMINISTRATIVE RESOURCE OPTIONS, INC.
13

14                 UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| TAMMY MATTHEWS, an individual, ) | CASE NO.  3:13-cv-00956-WHO |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **CASE MANAGEMENT** |
| v. ) | **CONFERENCE ON THE BASIS OF** |
| ) | **SETTLEMENT; ORDER** |
| ADMINISTRATIVE RESOURCE ) | |
| OPTIONS, INC., a Delaware corporation; ) | Case Management Conference: |
| and DOES 1-20, inclusive, ) | Date: September 12, 2013 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | |
| ) | |

CASE NO. 4:13-cv-00956-WHO

1 | Tammy Matthews ("Matthews" or "Plaintiff") and Defendant Administrative Resource
2 | Options, Inc. ("ARO" or "Defendant") make this stipulation with respect to the following facts:
3 | WHEREAS, on August 12, 2013, the Parties participated in a mediation through the
4 | Northern District's mediation program;
5 | WHEREAS, subsequent to that mediation, the Parties reached an agreement on the material
6 | terms of a resolution of this lawsuit, and are in the process of finalizing the terms of a settlement
7 | agreement;
8 | WHEREAS, Parties anticipate that within the next thirty (30) days, they will have filed a
9 | Stipulation for Dismissal with Prejudice of the lawsuit;
10 | WHEREAS, the Parties believe that it would be in the interests of efficiency and judicial
11 | economy, and would further the Parties' efforts to finalize the resolution of this lawsuit, to continue
12 | the Case Management Conference, currently set for September 12, 2013 at 9:00 a.m., for thirty (30)
13 | days.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel, and respectfully requested of the Court, that the Case Management Conference currently scheduled for September 12, 2013 at 9:00 a.m. be vacated and rescheduled to a date on or after October 14, 2013.

Dated: September 5, 2013

*/s/ John A. Van Hook*
JOHN A. VAN HOOK
MCGUIREWOODS LLP

Attorneys for Defendant
ADMINISTRATIVE RESOURCE OPTIONS, INC.

Dated: September 5, 2013

*/s/ Christopher R. LeClerc*
CHRISTOPHER R. LECLERC
LE CLERC & LE CLERC LLP

Attorneys for Plaintiff
TAMMY MATTHEWS

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Based on the above Stipulation, and finding good cause in support thereof, it is ordered that the Case Management Conference, currently scheduled for September 12, 2013 at 9:00 a.m. will be continued to October 15, 2013 at 2 pm.

**IT IS SO ORDERED.**

DATED: September 5, 2013

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE